IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSIE LEWIS, # 43271, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:16-CV-295-WKW |
| | )                [WO] |
| HOUSTON COUNTY JAIL – | ) |
| MEDICAL DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On July 8, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 8.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED;

(2)   This case is DISMISSED without prejudice for Plaintiff's failure to file an amendment to the complaint as directed by the court.

A separate final judgment will be entered.

DONE this 2nd day of August, 2016.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE