IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSIE LEWIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:16-CV-295-WKW |
| ) | [WO] |
| HOUSTON COUNTY SHERIFF, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 34.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 34) is ADOPTED;

2. Defendant's motion to dismiss (Doc. # 25) is GRANTED;

3. This case is DISMISSED with prejudice pursuant to 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust an administrative remedy; and

4. No costs are taxed.

A final judgment will be entered separately.

DONE this 17th day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE