IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSIE LEWIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-295-WKW |
| | ) | [WO] |
| HOUSTON COUNTY SHERIFF, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On March 17, 2017, the court entered an Order adopting the Magistrate Judge's Report and Recommendation (Doc. # 35) and a final judgment of dismissal (Doc. # 36). Ten days later, on March 27, Plaintiff Jessie Lewis, Jr., moved to vacate the judgment so that he could have an opportunity to respond to the Report and Recommendation. (Doc. # 37.) The court granted Mr. Lewis's motion on March 31, ordering that the March 17 Order and final judgment be held in abeyance pending an opportunity for Mr. Lewis to make his objections. (Doc. # 38.) Mr. Lewis then moved for an extension of time to file his objections, which the court granted. (Docs. # 40, 41.) Mr. Lewis has filed his objection (Doc. # 43), which is due to be overruled.

In his objection, Mr. Lewis offers a paltry two sentences, unsupported by any evidence, to challenge the Magistrate Judge's conclusion that Mr. Lewis failed to exhaust his administrative remedies. (*See* Doc. # 43.) As Mr. Lewis was cautioned in the Recommendation, such "frivolous, conclusive, or general objections will not be considered." (Doc. # 34 at 12.) Accordingly, it is ORDERED that Mr. Lewis's objection (Doc. # 43) is OVERRULED. It is further ORDERED that the court's March 31 Order (Doc. # 38) is VACATED and the March 17 Order and final judgment (Docs. # 35, 36) are REINSTATED. The reinstated Order and final judgment shall be effective as of today's date so that Mr. Lewis, should he desire to do so, has time to file an appeal.

DONE this 30th day of May, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE